(Official Form 1) (9/97) Specialty Software, Royal Oak, MI

| FORM B1 | United States Bankruptcy Court<br>_CENTRAL_ District of _CALIFORNIA_ | Voluntary Petition |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>_RUMMLER, WILLIAM FIRMAGE_ | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>_RUMMLER, ROXANNE LOUISE_ |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_William F. Rummler_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_Roxanne L. Rummler_<br>_Roxanne L. Diehl_<br>_Roxanne L. Britton_<br>_Roxanne L. Batt_ |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>_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_ | Soc. Sec./Tax I.D. No. (If more than one, state all):<br>_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_ |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>_1835 N. Dillon St._<br>_Los Angeles, CA  90026_<br><br>Phone: | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>_1835 N. Dillon St._<br>_Los Angeles, CA  90026_ |
| County of Residence or of the<br>Principal Place of Business:<br>_Los Angeles_ | County of Residence or of the<br>Principal Place of Business:<br>_Los Angeles_ |
| Mailing Address of Debtor (If different from street address):<br>_SAME_ | Mailing Address of Joint Debtor (If different from street address):<br>_SAME AS DEBTOR_ |

Location of Principal Assets of Business Debtor
(If different from street address above): _NOT APPLICABLE_

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue (Check any applicable box)
[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
[ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| [X] Individual(s) | [ ] Railroad | [ ] Chapter 7  [ ] Chapter 11  [X] Chapter 13 |
| [ ] Corporation | [ ] Stockbroker | [ ] Chapter 9  [ ] Chapter 12 |
| [ ] Partnership | [ ] Commodity Broker | [ ] Sec. 304 - Case ancillary to foreign proceeding |
| [ ] Other _____ | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| [X] Consumer/Non-Business    [ ] Business | [X] Full Filing Fee attached.<br>[ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

Chapter 11 Small Business (Check all boxes that apply)
[ ] Debtor is a small business as defined in 11 U.S.C. § 101
[ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

Statistical/Administrative Information (Estimates only)
[ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
[X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |

| Estimated Assets | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

| Estimated Debts | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

```
06/03/99   **FILED**   13:08
LA99-31101VZ
DEBTOR: RUMMLER, WILLIAM FIRMAGE
JUDGE: HON. V. Zurzolo - 467
TRUSTEE: 8729    CH: 13 (COMPLETE)
341A Mtg: 08/09/99 10:00 F02
221 N. Figueroa St., #107   L.A.
CONF.HRG: 08/11/99 02:00
255 E. TEMPLE ST, Crtrm: 1368

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIF.   Id: 768
RECEIPT NO: LA-027063    $ 160.00
```

(Official Form 1) (9/97)

FORM B1, Page 2

## Voluntary Petition
(This page must be completed and filed in every case)

Name of Debtor(s):
WILLIAM FIRMAGE RUMMLER and
ROXANNE LOUISE RUMMLER

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| NONE | | |
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual / Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor  WILLIAM FIRMAGE RUMMLER

X _[signature]_
Signature of Joint Debtor  ROXANNE LOUISE RUMMLER

Telephone Number (if not represented by attorney)

Date  6/3/99

**Signature of Attorney**

X _[signature]_
Signature of Attorney for Debtor(s)

Marcus G. Tiggs #137467
Printed Name of Attorney for Debtor(s)

Slate and Leoni, A.P.C.
Firm Name

241 S. Figueroa Street
Address

Suite 230

Los Angeles, CA 90012

(213) 625-0161    6/3/99
Telephone Number    Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Attorney

_____
Date

**Signature of Debtor (Corporation/ Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar No.<br>MARCUS G. TIGGS<br>MARCUS G. TIGGS<br>SLATE and LEONI, APC<br>241 S. Figueroa Street, Ste 230<br>Los Angeles, CA. 90012<br>213-625-0161<br>Fax No.: 213-626-7955<br>Bar No.: #137467<br>Attorney for MARCUS G. TIGGS | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| In re: WILLIAM F. RUMMLER and<br>ROXANNE L. RUMMLER<br><br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER<br><br>(No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On (specify date) MAY 13, 1999 , I agreed with the Debtor that for a fee of $ 2,000.00 , I would provide only the following services:

   a. [X] Prepare and file the Petition and Schedules
   b. [X] Represent the Debtor at the 341(a) Hearing
   c. [ ] Represent the Debtor in any relief from stay actions
   d. [ ] Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
   e. [ ] Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
   f. [ ] Other (specify):

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated: 6/3/99

I HEREBY APPROVE THE ABOVE:

_Signature of Debtor_
WILLIAM F. RUMMLER
_Joint Debtor_
ROXANNE L. RUMMLER

SLATE AND LEONI, APC
_Law Firm Name_

By: _____

Name: MARCUS G. TIGGS
_Attorney for Debtor_

Rev. 5/98  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 2090-1.1**