In re **WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER** / Debtor          Case No. _____
                                                                                       (If known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H","W","J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.
Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband—H<br>Wife—W<br>Joint—J<br>Community—C | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America (checking)<br><br>Bank of America (checking) | J<br><br>J | $ 1,445<br><br>$ 649 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings | J | $ 2,000 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and Wearing apparel | J | $ 500 |
| 7. Furs and jewelry. | | Jewelry (see rider for valuation) | J | $ 5,300 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Hobby equipment | J | $ 1,500 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Group or term life insurance policy at place of employment. no cash surrender value.<br>$100,000 term life insurance with American Bar Endowment. no cash surrender value.<br>$100,000 term life insurance with American General Life Insurance. no cash surrender value. | J | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | 401K Plan Employer Sponsored(ERISA QUALIFIED)<br><br>401K Plan Employer Sonsored(ERISA QUALIFIED) | H<br><br>W | $ 9,672<br><br>$ 90,950 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | | Interest in partnership approxinately 10% (Liabilities exceed assets of law partnership) | H | NONE |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |

Page ___1___ of ___2___

# Walter Zimmer Co.

Wholesale – Jewelry Design – Manufacturing

## APPRAISAL OF PROPERTY
### (for insurance purposes only)

William & Roseann Rummler
1835 N. Dillon Street
Los Angeles, CA 90026

**Fourteen karat yellow gold engagement ring with the following diamonds:**

- Two long thin baguettes weighing approximately .30 carats measuring approximately 6.4 millimeters long, approximately G color and VS clarity.

$600.00

- Princess cut diamond weighing 1.11 carats approximately F color and SI2 clarity. (Based on invoice from SOL Jewelry Designs 550 S Hill Street Los Angeles, CA 90013) Diamond measures as follows:
- 5.5 millimeters
- 6.2 millimeters (approximately)
- 4.2 millimeters (approximately)

4700.00

*[signature]*
Melvin F. Zimmer
President

Dated Nov 5, 1998

All clarity and color grades are based on G.I.A. guidelines and are approximate. The statements herein contained are made to the best of our knowledge and belief, based on our experience and the present market value. We do not, however, assume any financial responsibility, which fact is understood and accepted by party for whom made.

1

In re _WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER_/ Debtor     Case No. _____
(If known)

## SCHEDULE B-PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H<br>Wife—W<br>Joint—J<br>Community—C | Current Market Value of Debtor's interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor include tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | | _License to practice law, State Bar of Ca_ | H | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1988 Acura Integra, w/mileage 85,000, owed free and clear_ | J | $ 4,800 |
| | | _Use of 1996 Nissan Pathfinder (leased by debtors employer for use of debtor); lease terminates June 1999 with residual of approximately $16,000.00_ | H | $ 16,000 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __2__ of __2__                                                          Total → | $ 132,816
(Report total also on Summary of Schedules)