In re **WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER** / Debtor     Case No. _____
(If known)

# SCHEDULE C-PROPERTY CLAIMED EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.
☒ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property without Deducting Exemption |
|---|---|---|---|
| Bank of America (checking) | Calif. C.C.P. S703.140(b)(5) | $ 1,445 | $ 1,445 |
| Bank of America (checking) | Calif. C.C.P. S703.140(b)(5) | $ 649 | $ 649 |
| Household goods and furnishings | Calif. C.C.P. S703.140(b)(3) | $ 2,000 | $ 2,000 |
| Clothing and Wearing apparel | Calif. C.C.P. S703.140(b)(3) | $ 500 | $ 500 |
| Jewelry (see rider for valuation) | Calif. C.C.P. S703.140(b)(4) <br> Calif. C.C.P. S703.140(b)(5) | $ 1,000 <br> $ 4,300 | $ 5,300 |
| Hobby equipment | Calif. C.C.P. S703.140(b)(5) | $ 1,500 | $ 1,500 |
| 401K Plan Employer Sponsored(ERISA QUALIFIED) | Calif. C.C.P. S703.140(b)(10)(E) | $ 9,672 | $ 9,672 |
| 401K Plan Employer Sonsored(ERISA QUALIFIED) | Calif. C.C.P. S703.140(b)(10)(E) | $ 90,950 | $ 90,950 |
| 1988 Acura Integra, w/mileage 85,000, owed free and clear | Calif. C.C.P. S703.140(b)(2) <br> Calif. C.C.P. S703.140(b)(5) | $ 2,400 <br> $ 2,400 | $ 4,800 |

Page No. _1_ of _1_