In re **WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER** / Debtor          Case No. _____
                                                                                          (If known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place and "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien<br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | Contingent | Unliquidated | Disputed | Amount of Claim without Deducting Value of Collateral | Unsecured Portion, If any |
|---|---|---|---|---|---|---|---|
| Account No. 529 54 5714<br>Creditor #: 1<br>Internal Revenue Service<br>Spceical Procedures/Bankruptcy<br>PO Box 1431 Room 4062<br>Los Angeles, CA 90053 | | J 12/95<br>Non-Purchase Money Security<br>1040 Taxes<br><br>Value: $ 30,382.32 | | | X | $ 30,382.32 | $ 0.00 |
| Account No.<br>Representing:<br>Internal Revenue Service | | Internal Revenue Service<br>Special Procedures/Bankruptcy<br>PO Box 30222<br>Laguna Niguel, CA 92607<br>Value: | | | | | |
| Account No.<br>Representing:<br>Internal Revenue Service | | Internal Revenue Service<br>Special Procedures/Bankruptcy<br>PO Box 99<br>San Jose, CA 95103<br>Value: | | | | | |
| Account No. 529 54 5714<br>Creditor #: 2<br>US Atty's Office Tax Div<br>Room 2315 Federal Building<br>300 N Los Angeles Street<br>Los Angeles, CA 90012 | | J<br>Purchase Money Security<br>Duplicate for Internal Revenue Serv<br>1040 Taxes<br><br>Value: $ 0.00 | | | X | $ 0.00 | $ 0.00 |
| Account No.<br>Representing:<br>US Atty's Office Tax Div | | US Dept Of Justice Tax Div<br>Civil Trail Sect Western Reg<br>PO Box 683 Ben Franklin Stat<br>Washington, DC 20044<br>Value: | | | | | |

_No_ continuation sheets attached

Subtotal $ (Total of this page)   30,382.32

Total $   30,382.32
(Use only on last page and on Summary of Schedules)