In re <u>WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER</u>/ Debtor    Case No. _____
(If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed on this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☒ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

*Amounts are subject to adjustment on April 1, 2001, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____3____ continuation sheets attached

In re **WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER**/ Debtor  Case No. _____
(If known)

## SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY: *Debts for Child Support or Alimony*

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim<br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No. *None*<br>Creditor #: 1<br>Sharon Rummler<br>18153 Andrea Circle, #4<br>Northridge, CA. 91325 | | H 9/91<br>Spousal Support<br>(Current omit from plan) | | X | | $ 2,200.00 | $ 2,200.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet No. __1__ of __3__ continuation sheets attached to Schedule of Creditors holding Unsecured Priority Claims

Subtotal $ (Total of this page) | 2,200.00

Total $ (Use only on last page and on Summary of Schedules)

In re <u>WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER</u>/ Debtor    Case No. _____
(If known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name and Mailing Address including Zip Code | Codebtor (H/W/J/C) | Date Claim was Incurred, and Consideration for Claim | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No. 529 54 5714<br>Creditor #: 2<br>Internal Revenue Service<br>Special Procedures/Bankruptcy<br>PO Box 1431 Room 4062<br>Los Angeles, CA 90053 | J | 12/96<br>Federal income taxes | | X | | $ 40,598.84 | $ 40,598.84 |
| Account No.<br>Representing:<br>Internal Revenue Service | | Internal Revenue Service<br>Special Procedures/Bankrutpcy<br>PO Box 30222<br>Laguna Niguel, CA 92607 | | | | | |
| Account No.<br>Representing:<br>Internal Revenue Service | | Internal Revenue Service<br>Special Procedures/Bankrutpcy<br>PO Box 99<br>San Jose, CA 95103 | | | | | |
| Account No. 529 54 5714<br>Creditor #: 3<br>Internal Revenue Service<br>Special Procedures/Bankruptcy<br>PO Box 1431 Room 4062<br>Los Angeles, CA 90053 | J | 12/97<br>Federal income taxes | | X | | $ 18,927.48 | $ 18,927.48 |
| Account No.<br>Representing:<br>Internal Revenue Service | | Internal Revenue Service<br>Special Procedures/Bankrutpcy<br>PO Box 30222<br>Laguna Niguel, CA 92607 | | | | | |
| Account No.<br>Representing:<br>Internal Revenue Service | | Internal Revenue Service<br>Special Procedures/Bankruptcy<br>PO Box 99<br>San Jose, CA 95103 | | | | | |
| Account No. 529 54 5714<br>Creditor #: 4<br>Internal Revenue Service<br>Special Procedures/Bankrutpcy<br>PO Box 1431 Room 4062<br>Los Angeles, CA 90053 | J | 12/98<br>Federal income taxes | | X | | $ 22,540.00 | $ 22,540.00 |

Sheet No. __2__ of __3__ continuation sheets attached to
Schedule of Creditors holding Unsecured Priority Claims

Subtotal $ (Total of this page): 82,066.32

Total $ (Use only on last page and on Summary of Schedules)

In re _WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER_/ Debtor    Case No. _____
(If known)

## SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address Including Zip Code | Code debtor | Date Claim was Incurred, and Consideration for Claim  H—Husband  W—Wife  J—Joint  C—Community | Contingent | Unliquidated | Disputed | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No.  Representing:  Internal Revenue Service | | Internal Revenue Service  Special Procedures/Bankruptcy  PO Box 30222  Laguna Niguel, CA  92607 | | | | | |
| Account No.  Representing:  Internal Revenue Service | | Internal Revenue Service  Special Procedures/Bankrutpcy  PO Box 99  San Jose, CA  95103 | | | | | |
| Account No. 529 54 5714  Creditor #: 5  US Atty's Office Tax Div  Room 2315 Federal Building  300 N. Los Angeles Street  Los Angeles, CA  90012 | J | 96-98  Duplicate  Federal Income Tax | | X | | $ 0.00 | $ 0.00 |
| Account No.  Representing:  US Atty's Office Tax Div | | US Dept Of Justice Tax Div  Civil Trial Sect Western Reg  PO Box 683 Ben Franklin Stat  Washington, DC 20044 | | | | | |
| Account No. 529 54 5714  Creditor #: 6  Franchise Tax Board  Headquarters Compliance  Sacramento, CA  95867  Atten:Bankruptcy | J | 12/94  State income taxes | | X | | $ 6,916.88 | $ 6,916.88 |
| Account No. 529 54 5714  Creditor #: 7  Franchise Tax Board  Headquarters Compliance  Sacramento, CA  95867  Atten:Bankruptcy | J | 12/96  State income taxes | | X | | $ 4,643.88 | $ 4,643.88 |
| Account No. 529 54 5714  Creditor #: 8  Franchise Tax Board  Headquarters Compliance  Sacramento, CA  95867  Atten:Bankruptcy | J | 12/98  State income taxes | | X | | $ 3,149.00 | $ 3,149.00 |

Sheet No. _3_ of _3_ continuation sheets attached to  
Schedule of Creditors holding Unsecured Priority Claims

Subtotal $ (Total of this page)    14,709.76

Total $    98,976.08  
(Use only on last page and on Summary of Schedules)