In re _WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER_/ Debtor   Case No. _____
(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No. _529 54 5714_ Creditor #: 1 Internal Revenue Service Special Procedures/Bankruptcy PO Box 1431 Room 4062 Los Angeles, CA  90053 | J | 12/96 Federal Tax Penalities | | X | | $ 4,272.65 |
| Account No. Representing: Internal Revenue Service | | Internal Revenue Service Special Procedures/Bankruptcy PO Box 30222 Laguna Niguel, CA  92607 | | | | |
| Account No. Representing: Internal Revenue Service | | Internal Revenue Service Special Procedures/Bankruptcy PO Box 99 San Jose, CA  95103 | | | | |
| Account No. _529 54 5714_ Creditor #: 2 Internal Revenue Service Special Procedures/Bankruptcy PO Box 1431 Room 4062 | J | 12/97 Federal Tax Penalities | | X | | $ 2,776.52 |
| Account No. Representing: Internal Revenue Service | | Internal Revenue Service Special Procedures/Bankruptcy PO Box 30222 Laguna Niguel, CA  92607 | | | | |

_2_ continuation sheets attached

Subtotal $ (Total of this page)    $ 7,049.17

Total $ (Use only on last page and on Summary of Schedules)

In re *WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER*/ Debtor        Case No. _____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H—Husband W—Wife J—Joint C—Community | | | | |
| Account No. **Representing:** *Internal Revenue Service* | | *Internal Revenue Service Special Procedures/Bankruptcy PO Box 99 San Jose, CA  95103* | | | | |
| Account No. **529 54 5714** *Creditor #: 3 US Atty's Office Tax Div Room 2315 Federal Building 300 N. Los Angeles Street Los Angeles, CA  90012* | J | *96/97 Duplicate Federal* | | X | | $ 0.00 |
| Account No. **Representing:** *US Atty's Office Tax Div* | | *US Dept Of Justice Tax Div Civil Trial Sect Western Reg PO Box 683 Ben Franklin Stat Washington, DC 20044* | | | | |
| Account No. **529 54 5714** *Creditor #: 4 Franchise Tax Board Headquarters Compliance Sacramento, CA  95867 Atten: Bankrupcty Dept* | J | *12/94 State Tax Penalities* | | X | | $ 3,333.86 |
| Account No. **529 54 5714** *Creditor #: 5 Franchise Tax Board Headquarters Compliance Sacramento, CA  95867 Atten:Bankruptcy* | J | *12/96 State Tax Penalities* | | X | | $ 2,273.00 |
| Account No. **3728 382037 31008** *Creditor #: 6 American Express Box 0001 Los Angeles, CA  90096-0001* | J | *4/99 Credit card purchases* | | X | | $ 1,576.00 |
| Account No. **4305 7213 0298 9285** *Creditor #: 7 Capital One Bank PO Box 85147 Richmond, VA  23285-5147* | J | *3/99 Credit card purchases* | | X | | $ 7,224.00 |

Sheet no. ___1___ of ___2___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $
(Total of this page)        $ 14,406.86

Total $
(Use only on last page and on Summary of Schedules)

In re <u>*WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER*</u>/ Debtor    Case No. _____

(If known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br><br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  F 95 0102<br>*Creditor #: 8*<br>*David G Waller*<br>*Attorney At Law*<br>*600 Wilshire Blvd Ste 300*<br><u>*Los Angeles, CA  90017-3215*</u> | H | 6/95<br>*Services*<br>*legal services* | | | X | $ 14,402.00 |
| Account No.  None<br>*Creditor #: 9*<br>*Neil Clark-PERS & CONFIDENTIAL*<br>*Booth, Mitchel & Strange, LLP*<br>*3435 Wilshire Blv., 30th FL*<br><u>*Los Angeles, CA. 90010*</u> | H | 12/95<br>*Loan* | | | X | $ 10,000.00 |
| Account No.  None<br>*Creditor #: 10*<br>*Neil Clark-PERS & CONFIDENTIAL*<br>*Booth, Mitchel & Strange, LLP*<br>*3435 Wilshire Blv., 30th FL*<br><u>*Los Angeles, CA. 90010*</u> | H | 12/96<br>*Loan* | | | X | $ 10,000.00 |
| Account No.  3737 516183 61007<br>*Creditor #: 11*<br>*Optima Line of Credit*<br>*PO Box 297884*<br>*Ft. Lauderdale, FL  33329-7884* | J | 1/99<br>*Credit card purchases* | | | X | $ 9,723.00 |
| Account No.<br>*Creditor #: 12*<br>*Sharon Rummler*<br>*18153 Andrea Circle North #4*<br>*Northridge, CA  91325* | J | 9/91<br>*Possible Liability* | | | X | UNKNOWN |
| Account No.  Client ID 430<br>*Creditor #: 13*<br>*Simpson and Associates*<br>*Certified Public Accountants*<br>*1155 N Central Ave Ste 211*<br><u>*Glendale, CA  91202*</u> | J | 10/98<br>*Services* | | | X | $ 450.00 |
| Account No. | | | | | | |

Sheet no. ___2___ of ___2___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 44,575.00
(Total of this page)

Total $    $ 66,031.03
(Use only on last page and on Summary of Schedules)