In re *WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER* Debtor    Case No. _____
(If known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled spouse must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: *Married* | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Attorney* | *Head Secretary* |
| Name of Employer | *Booth, Mitchel & Strange* | *Booth, Mitchel & Strange* |
| How Long Employed | *30 years* | *22 years* |
| Address of Employer | *3435 Wilshire Blvd., 30th Fl Los Angeles, CA  90010* | *3435 Wilshire Blvd., 30th Fl Los Angeles, CA  90010* |

| | DEBTOR | SPOUSE |
|---|---|---|
| Income: (Estimate of average monthly income) | | |
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 10,000.00 | $ 2,648.04 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 10,000.00 | $ 2,648.04 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 10,000.00 | $ 2,648.04 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME  * | $ 10,000.00 | $ 2,648.04 |

TOTAL COMBINED MONTHLY INCOME    $ 12,648.04
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

&ast; See exhibit A for explaination of pay stub for husband re: deductions

**Earnings Statement**    Desc    **ADP**

BOOTH, MITCHEL & STRANGE LAW OFFICES
3435 WILSHIRE BOULEVARD  30TH FLOOR
LOS ANGELES, CALIFORNIA 90010

Period Ending:    04/30/1999
Pay Date:    04/29/1999

Social Security Number: 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
Taxable Marital Status: Married
Exemptions/Allowances:
    Federal:  0,Tax Blocked
    State:    0,Tax Blocked

WILLIAM F RUMMLER
1835 N. DILLON ST.
L.A CA 90026

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Gross Pay | | | $0.00 | 0.00 |

| Deductions | Other | | |
|---|---|---|---|
| | Auto Insurance | -233.33 | 466.66 |
| ① | Autols | -330.27 | 2,642.16 |
| | X | -4,436.40 | 36,783.18 |
| | Draw | | -40,000.00 |
| | Ltd | | 108.00 |
| | **Adjustment** | | |
| | Draw | +5,000.00 | |
| | **Net Pay** | $0.00 | |

*Handwritten notes:*

Husbands proof of income
paid twice per month. $5,000.00 × 2
= $10,000.00

① Venicle Lease and Auto Insurance

**SEE Exhibit A for monthly net calculations

© 1991 ADP, Inc

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

BOOTH, MITCHEL & STRANGE LAW OFFICES
3435 WILSHIRE BOULEVARD  30TH FLOOR
LOS ANGELES, CALIFORNIA 90010

Advice number:    00000170022
Pay date:    04/29/1999

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| WILLIAM F RUMMLER | 0362035856 | 1220 0066 | $4,436.40 |

**NON-NEGOTIABLE**

**BOOTH. MITCHEL & STRANGE LAW OFFICES**
**3435 WILSHIRE BOULEVARD 30TH FLOOR**
**LOS ANGELES, CALIFORNIA 90010**

| | |
|---|---|
| Period Beginning: | 05/16/1999 |
| Period Ending: | 05/31/1999 |
| Pay Date: | 05/27/1999 |

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1, $8 Additional Tax
  State:

**ROXANNE L. RUMMLER**
**1835 N. DILLON ST.**
**L.A CA 90026**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1975.00 | | 1,975.00 | |
| Gross Pay | | | $1,975.00 | 19,737.90 |

*WIFF PROOF INCOME PAID TWICE PER MONTH*

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -352.32 | 2,773.76 |
| | Social Security Tax | -119.75 | 1,196.78 |
| | Medicare Tax | -28.00 | 279.89 |
| | CA State Income Tax | -97.76 | 728.89 |
| | CA SUI/SDI Tax | -9.65 | 96.51 |
| | **Other** | | |
| | Section 125 | -43.50* | 435.00 |
| | X | -1,324.02 | 11,509.28 |
| | Ltd | | 53.35 |
| | 401-K | | 2,664.44 |
| | **Net Pay** | **$0.00** | |

*medical*

\* **Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,931.50

*1,324.02 × 2*
*= 2,648.04*
*AVERAGE NET PER MONTH*

---

**BOOTH, MITCHEL & STRANGE LAW OFFICES**
**3435 WILSHIRE BOULEVARD  30TH FLOOR**
**LOS ANGELES, CALIFORNIA 90010**

| | |
|---|---|
| Advice number: | 00000210007 |
| Pay date: | 05/27/1999 |

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| ROXANNE L. RUMMLER | 0362035856 | 1220 0066 | $1,324.02 |

**NON-NEGOTIABLE**

# EXHIBIT A

EXHIBIT A

## Explaination re: William Rummbler's Net Monthly Income Calculation

At the time of the filing of this case debtors employer will be renegotiating a less expensive lease payment for the 1996 Nissan Pathfinder (this is a fleet vehicle financed by debtors employer, but paid for by debtor).

Present Auto Insurance for Debtors 1996 Nissan Pathfinder is $4,200.00 per year. This calculates to a $350.00 per month budget item (over 12 months). Debtors firm withholds $233.33 per pay period (i.e. $466.66 per month) for a 9 month period.

Debtors 1996 Nissan Pathfinder lease payment currently is $660.54 per month (present lease terminates end of June 1999), whereby the firm withholds $330.27 per pay period (i.e. $660.54 per month).

Taxes are not withheld from debtors earnings, therefore pursuant to the advice of debtors CPA, debtors Schedule F reflects $2,975.00 per month for estimated taxes (See attached exhibit B)

Adjusted net income of debtor is calculated as follows:

Paid twice per month $5,000.00, totaling .....$10,000.00 per month

1.     It is debtors best estimate that the renegotiated vehicle lease will be approximately $350.00 per month
2.     Vehicle insurance $350.00

Items 1 & 2 are reflected on debtors schedule J as expenses, while schedule I reflects debtors gross monthly amount of $10,000.00.

Total Net:          **$10,000.00**

## Explaination re: Roxanne Rummbler's Net Monthly Income Calculation

Paid twice per month net $1,324.02 per pay period, totaling $2,648.04

**Combined Monthly Income: $12,648.04**

# EXHIBIT B

EXHIBIT B

SIMPSON & ASSOCIATES

CERTIFIED PUBLIC ACCOUNTANTS

1155 NORTH CENTRAL AVENUE, SUITE 211

GLENDALE, CALIFORNIA 91202

(818) 956-1567 · (213) 245-1810

FAX (818) 956-7144

May 28, 1999


Mr. William F. Rummler
1835 N. Dillon Street
Los Angeles, CA 90026


Dear Bill:

The monthly estimates required for 1999 based on 1998 are $2,458
for the Internal Revenue Service and $517 for the Franchise Tax
Board for a total of $2,975 per month.

Please call if you have any questions.

Sincerely,

John M. Simpson

JMS/mdl
430est99.doc