In re **WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER** Debtor         Case No. _____
(If known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,800.00 |
| Are real estate taxes included?     Yes ☐     No ☒ | |
| Is property insurance included?     Yes ☐     No ☒ | |
| Utilities: Electricity and heating fuel | $ 63.00 |
| Water and sewer | $ 0.00 |
| Telephone | $ 60.00 |
| Other *Natural Gas* | $ 96.00 |
| Other *Cable* | $ 30.00 |
| Other | $ 0.00 |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food | $ 400.00 |
| Clothing | $ 250.00 |
| Laundry and Dry cleaning | $ 85.00 |
| Medical and Dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ 285.00 |
| Recreation, clubs, and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 300.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ 0.00 |
| Life | $ 0.00 |
| Health | $ 0.00 |
| Auto | $ 0.00 |
| Other: *Mr Rummler's auto insurance* | $ 132.00 |
| Other: *Mrs Rummler's auto insurance* | $ 350.00 |
| Other: | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: *Taxes State & Federal (estimated)* | $ 2,975.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ 0.00 |
| Other: *(Estimate Mr. Rummbler's renegotiated lease)* | $ 350.00 |
| Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 2,200.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other: *Life Insurance pursuant to dissolution order* | $ 139.00 |
| Other: *Personal grooming and emergencies* | $ 125.00 |
| Other: | $ 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 9,940.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | $ 12,648.04 |
| B. Total projected monthly expenses | $ 9,940.00 |
| C. Excess Income (A minus B) | $ 2,708.04 |
| D. Total amount to be paid into plan each:  *Monthly* | $ 2,700.00 |