FORM B6 (6/90) Specialty Software, Royal Oak, MI

In re <u>WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER</u>/ Debtor    Case No. _____
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Summary and Schedules, consisting of __18__ sheets, and that they are true and correct to the best of my knowledge, information and belief.                                          (Total shown on summary page plus 1)

Date: 6/3/99        Signature _____
                              WILLIAM FIRMAGE RUMMLER

Date: 6/3/99        Signature _____
                              ROXANNE LOUISE RUMMLER

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §152 and §3571.