# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT of CALIFORNIA

In re *WILLIAM FIRMAGE RUMMLER and ROXANNE LOUISE RUMMLER*　　　　　Case No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter  13

_____/ Debtor
Attorney for Debtor: *Marcus G. Tiggs #137467*

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rule 105(6) and I/we assume all responsibility for errors and omissions.

Date: 6/3/99

Attorney (if applicable)

Debtor

Joint Debtor