```
WILLIAM FIRMAGE RUMMLER
ROXANNE LOUISE RUMMLER
1835 N. Dillon St.
Los Angeles, CA  90026


Marcus G. Tiggs #137467
241 S. Figueroa Street
Suite 230
Los Angeles, CA 90012


United States Trustee
221 N Figueroa St Suite 800
Los Angeles, CA  90012
```

American Express
Box 0001
Los Angeles, CA  90096-0001


Capital One Bank
PO Box 85147
Richmond, VA  23285-5147


David G Waller
Attorney At Law
600 Wilshire Blvd Ste 300
Los Angeles, CA  90017-3215


Franchise Tax Board
Headquarters Compliance
Sacramento, CA  95867
Atten:Bankruptcy


Franchise Tax Board
Headquarters Compliance
Sacramento, CA  95867
Atten:Bankruptcy


Franchise Tax Board
Headquarters Compliance
Sacramento, CA  95867
Atten:Bankruptcy


Franchise Tax Board
Headquarters Compliance
Sacramento, CA  95867
Atten:Bankruptcy


Franchise Tax Board
Headquarters Compliance
Sacramento, CA  95867
Atten: Bankrutpcy Dept

Internal Revenue Service
Spceical Procedures/Bankruptcy
PO Box 1431 Room 4062
Los Angeles, CA  90053


Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 99
San Jose, CA  95103


Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 30222
Laguna Niguel, CA  92607


Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 99
San Jose, CA  95103


Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 30222
Laguna Niguel, CA  92607


Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 99
San Jose, CA  95103


Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 1431 Room 4062


Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 1431 Room 4062
Los Angeles, CA  90053

Internal Revenue Service
Special Procedures/Bankruptcy
PO Box 1431 Room 4062
Los Angeles, CA  90053


Internal Revenue Service
Special Procedures/Bankrutpcy
PO Box 99
San Jose, CA  95103


Internal Revenue Service
Special Procedures/Bankrutpcy
PO Box 30222
Laguna Niguel, CA  92607


Internal Revenue Service
Special Procedures/Bankrutpcy
PO Box 99
San Jose, CA  95103


Internal Revenue Service
Special Procedures/Bankrutpcy
PO Box 1431 Room 4062
Los Angeles, CA  90053


Neil Clark-PERS & CONFIDENTIAL
Booth, Mitchel & Strange, LLP
3435 Wilshire Blv., 30th FL
Los Angeles, CA. 90010


Optima Line of Credit
PO Box 297884
Ft. Lauderdale, FL  33329-7884


Sharon Rummler
18153 Andrea Circle North #4
Northridge, CA  91325

Sharon Rummler
18153 Andrea Circle, #4
Northridge, CA. 91325

Simpson and Associates
Certified Public Accountants
1155 N Central Ave Ste 211
Glendale, CA  91202

US Atty's Office Tax Div
Room 2315 Federal Building
300 N. Los Angeles Street
Los Angeles, CA  90012

US Atty's Office Tax Div
Room 2315 Federal Building
300 N. Los Angeles Street
Los Angeles, CA  90012

US Atty's Office Tax Div
Room 2315 Federal Building
300 N Los Angeles Street
Los Angeles, CA  90012

US Dept Of Justice Tax Div
Civil Trail Sect Western Reg
PO Box 683 Ben Franklin Stat
Washington, DC 20044

US Dept Of Justice Tax Div
Civil Trial Sect Western Reg
PO Box 683 Ben Franklin Stat
Washington, DC 20044