NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, STE 1850
LOS ANGELES, CA 90014
Tel: (213)689-3014 FAX (213)689-3055

DEC 2 2 2004

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In Re:

RUMMLER, WILLIAM FIRMAGE

Debtor

CASE NO. LA 9931101 VZ

DECLARATION RE NON-RECIEPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT AND REQUEST FOR DISCHARGE OF DEBTOR

On September 21, 2004, this office served upon the interested Parties a "Notice of Filing of Trustee's Final Report And Account." This office has not received any objections to the Trustee's Draft Final Report And Account within the period permitted by Rule 5009, or at all.

Given that the debtor has completed payments under the terms of the Confirmed plan and that no party in interest has objected to the "Notice of Filing of Trustee's Final Report And Account," I request that the debtor be granted a discharge pursuant to 11 USC §1328.

I declare under penalty of perjury that the foregoing is true and correct.

Executed December 22, 2004, at Los Angeles, California.

Dated: December 22, 2004

_____
Nancy Curry

## Proof Of Service

I declare under penalty of perjury that I am employed by Nancy Curry Chapter 13 Trustee; I am over 18 years of age, and I am not a party to this action. On December 22, 2004 I served the within Declaration Re Non-receipt of Objection to Trustee's Final Report And Account And Request For Discharge Of Debtor(s) thereon, the above Notice and attached Final Report and Account to the Following

| DEBTOR | ATTORNEY |
|---|---|
| RUMMLER, WILLIAM FIRMAGE | SLATE & LEONI |
| 1902 REDCLIFF ST. | 241 S. FIGUEROA ST. #230 |
| LOS ANGELES, CA 90039-3025 | LOS ANGELES, CA 90012- |

I declare under penalty of perjury that the foregoing is true and Complete to the best of my knowledge.

Executed on December 22, 2004

*/s/ Lorena Martinez*
LORENA MARTINEZ