Los Angeles Division Nancy Curry, Chapter 13 Standing Trustee

| | | | | Report Printed | 12/22/04 |
|---|---|---|---|---|---|
| In RE: | RUMMLER, WILLIAM FIRMAGE | | Case Number | | |
| | 1902 REDCLIFF ST. | | 9931101 | VZ | |
| | LOS ANGELES CA 90039-3025 | **Final Report and Account** | SS #: | 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 | |
| | Paid Out | | SS #: | 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 | |
| | Plan Filed:  6/3/99 | Plan Confirmed:  8/11/99 | Case Concluded: | 06/30/2004 | |
| | Attorney: SLATE & LEONI | | | | |

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all distributions through the above referenced Plan. Copies of these detailed records have been filed with the Court, and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of Creditors.          $162,000.00

| Creditor Name | Clm Num | Class | Claimed | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STOP 5117<br>300 N. L.A. STREET ROOM 4062<br>LOS ANGELES, CA, 90012- | 101-0 | Pri | 82,066.32 | 81,666.91 | 81,666.91 | | | $0.00 |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O.BOX 2952<br>SACRAMENTO, CA, 95812 | 102-0 | Pri | 14,709.76 | 14,709.76 | 14,709.76 | | | $0.00 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STOP 5117<br>300 N. L.A. STREET ROOM 4062<br>LOS ANGELES, CA, 90012- | 201-0 | Sec | 30,382.32 | 30,715.94 | 30,715.94 | | 11,401.03 | $0.00 |
| BOOTH MITCHELL STRANGE<br>3435 WILSHIRE BLVD., 30TH FLOOR<br>LOS ANGELES,CA 90010- | 202-0 | Uns | 0.00 | 1,880.60 | 1,880.60 | | | $0.00 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STOP 5117<br>300 N. L.A. STREET ROOM 4062<br>LOS ANGELES, CA, 90012- | 401-0 | Uns | 4,272.65 | 860.36 | 860.36 | | | $0.00 |
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES STOP 5117<br>300 N. L.A. STREET ROOM 4062<br>LOS ANGELES, CA, 90012- | 402-0 | Uns | 2,776.52 | 277.65 | | | | Not Filed |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O.BOX 2952<br>SACRAMENTO, CA, 95812 | 403-0 | Uns | 3,333.86 | 560.69 | 560.69 | | | $0.00 |
| FRANCHISE TAX BOARD<br>SPECIAL PROCEDURES<br>P.O.BOX 2952<br>SACRAMENTO, CA, 95812 | 404-0 | Uns | 2,273.00 | 227.30 | | | | Not Filed |
| ECAST SETTLEMENT CORP.<br>P.O. BOX 35480<br>NEWARK,NJ 07193-5480 | 405-0 | Uns | 1,576.00 | 155.14 | 155.14 | | | $0.00 |
| SHERMAN ACQUISITION LP<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE,SC 29603-0587 | 406-0 | Uns | 7,224.00 | 738.32 | 738.32 | | | $0.00 |
| DAVID WALLEN<br>LOWTREE AVENUE<br>LANCASTER, CALIFORNIA, | 407-0 | Uns | 14,402.00 | 1,440.20 | | | | Not Filed |
| NEIL A. WENDELL<br>(408) 779-3070<br>17575 DEPOT STREET<br>MORGAL HILL, CA, 95037 | 408-0 | Uns | 10,000.00 | 1,000.00 | | | | Not Filed |
| NEIL E. CAMPBELL, JR.<br>1266 SARTORI AVE.<br>TORRANCE, CA, 90501 | 409-0 | Uns | 10,000.00 | 1,000.00 | | | | Not Filed |

FILED DEC 22 2004 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT

In RE:   RUMMLER, WILLIAM FIRMAGE                                                   Case Number  9931101   Report Printed   12/22/04

| Creditor Name | Clm Num | Class | Claimed | Debt | Principal Paid | Direct Paid | Interest Paid | Balance Due |
|---|---|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORP.<br>P.O. BOX 35480<br>NEWARK, NJ 07193-5480 | 410-0 | Uns | 9,723.00 | 1,002.02 | 1,002.02 | | | $0.00 |
| SIMPSON & ASSCTS<br>1155 N. CENTRAL AVE, #211<br>GLENDALE, CA, 91202 | 411-0 | Uns | 450.00 | 45.00 | | | Not Filed | |
| SLATE & LEONI<br>241 S.FIGUEROA ST. #230<br>LOS ANGELES, CA 90012- | 666-0 | Leg | 1,160.00 | 1,285.33 | 1,285.33 | | | $0.00 |
| RUMMLER, WILLIAM FIRMAGE<br>1902 REDCLIFF ST.<br>LOS ANGELES, CA 90039-3025 | 999-0 | Dbt | 0.00 | 2,619.55 | 2,619.55 | | | $0.00 |
| NANCY CURRY, TRUSTEE<br>OPERATING ACCOUNT<br>PERCENTAGE FEES | TRS-0 | Tru | 0.00 | 14,404.35 | 14,404.35 | | | $0.00 |

|  | Secured | Priority | Unsecured | Admin | Attorney | Continuing | Other | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Debt | $30,715.94 | $96,376.67 | $5,197.13 | $14,404.35 | $1,285.33 | $0.00 | $2,619.55 | | |
| Total Paid | $30,715.94 | $96,376.67 | $5,197.13 | $14,404.35 | $1,285.33 | $0.00 | $2,619.55 | | |
| Total Int Pd | $11,401.03 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | | |
| Balance Due | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 | Total Paid | $162,000.00 |

Your Petitioner hereby certifies that the estate was fully administered as required by law and all receipts and disbursement of funds received were administered as set out in Trustee's Final Report and Account.

WHEREFORE, your petitioner prays that a Final Decree be entered discharging your Petitioner as Trustee and releasing your petitioner and the Trustee's surety from any and all liability on account of the within proceedings, and closing the estate, and for such other and further relief as is just.

NANCY CURRY

PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party of the within action; That I am employed by NANCY CURRY, CHAPTER 13 STANDING TRUSTEE and that on 12/22/04 I served the within  FINAL REPORT AND ACCOUNT
on:  Debtor and                    Debtors attorney.
by first class mail with postage fully prepaid thereon.

RUMMLER, WILLIAM FIRMAGE                 SLATE & LEONI

1902 REDCLIFF ST.                                    241 S.FIGUEROA ST. #230
LOS ANGELES CA 90039-3025               LOS ANGELES CA 90012-

Executed at Los Angeles, California on  12/22/04

Elizet Cash-Shelton