NANCY CURRY, CHAPTER 13 TRUSTEE
606 SOUTH OLIVE STREET, STE 1850
LOS ANGELES, CA 90014
Tel: (213)689-3014 FAX (213)689-3055

ENTERED
DEC 22 2004
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In Re: ) CHAPTER 13
)
) CASE NO. LA 9931101 VZ
RUMMLER, WILLIAM FIRMAGE )
) DISCHARGE OF CHAPTER 13
) TRUSTEE AND ORDER CLOSING
) CASE
Debtor )
)

FILED
DEC 22 2004
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

LODGED
DEC 22 2004
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ C.C.

Pursuant to the Trustee's Final Report and Account, and the Trustee's Declaration re Non-Opposition on file herein,

IT IS ORDERED that the Chapter 13 Trustee is discharged, and the Trustee's Bond is exonerated, and this case is closed.

Dated: December 22, 2004

For The Court
**Jon D. Ceretto**
Clerk of Court