B 18W (Official Form 18W)
(7/99)

# United States Bankruptcy Court
# Central District of California

255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
RUMMLER, WILLIAM FIRMAGE
**SSN:** XXX-XX-5714
**EIN:** N/A
AKA  RUMMLER, WILLIAM F
RUMMLER, ROXANNE LOUISE
**SSN:** XXX-XX-1968
AKA  RUMMLER, ROXANNE L
AKA  DIEHL, ROXANNE L
1902 REDCLIFF STREET
LOS ANGELES, CA 90039-3025

**BANKRUPTCY NO.** LA99-31101-VZ

**CHAPTER** 13

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 1328(a) of title 11, United States Code (the Bankruptcy Code).

BY THE COURT,

Dated: 12/28/04

**Jon D. Ceretto**
Clerk of Court

**SEE BACK SIDE OF THIS ORDER FOR IMPORTANT INFORMATION.**

**(Form rev. 8/03)**    **VAN-35**    43 /KHI

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan.  It is not a dismissal of the case.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged.  For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.  *[In a case involving community property:]*  [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]  A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case.  Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged.  Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

Debts that are Not Discharged

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a.  Debts that are in the nature of alimony, maintenance, or support;

b.  Debts for most student loans;

c.  Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d.  Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e.  Debts provided for under sections 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due; and

f.  Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained.

**This information is only a general summary of the bankruptcy discharge.  There are exceptions to these general rules.  Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0973-2          User: KHI               Page 1 of 2              Date Rcvd: Dec 29, 2004
Case: 99-31101-VZ             Form ID: VAN-35         Total Served: 31


The following entities were served by first class mail on Dec 31, 2004.
D            RUMMLER, WILLIAM FIRMAGE,    1902 REDCLIFF STREET,    LOS ANGELES, CA 90039-3025
J            RUMMLER, ROXANNE LOUISE,     1902 REDCLIFF STREET,    LOS ANGELES, CA 90039-3025
DA          +MARCUS TIGGS,    BAYER WISHMAN & LEOTTA,    241 SOUTH FIGUEROA ST STE 230,
              LOS ANGELES, CA 90012-2504
T           +NANCY K CURRY,    606 S. OLIVE ST, SUITE 1850,    LOS ANGELES, CA 90014-1638
2            CAPITAL ONE BANK,    PO BOX 85147,    RICHMOND, VA 23285--5147
3           +DAVID G WALLER,    ATTORNEY AT LAW,    600 WILSHIRE BLVD STE 300,    LOS ANGELES, CA 90017-3215
7           +INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES/BANKRUPTCY,    PO BOX 30222,
              LAGUNA NIGUEL, CA 92607-0222
10          +NEIL CLARK PERS CONFIDENTIAL,    BOOTH MITCHEL STRANGE LLP,    3435 WILSHIRE BLV  30TH FL,
              LOS ANGELES, CA 90010-1901
11          +OPTIMA LINE OF CREDIT,    PO BOX 297884,    FT LAUDERDALE, FL 33329-7884
12          +SHARON RUMMLER,    18153 ANDREA CIRCLE NORTH #4,    NORTHRIDGE, CA 91325-1155
13          +SHARON RUMMLER,    18153 ANDREA CIRCLE #4,    NORTHRIDGE, CA 91325-1155
14          +SIMPSON AND ASSOCIATES,    CERTIFIED PUBLIC ACCOUNTANTS,    1155 N CENTRAL AVE STE 211,
              GLENDALE, CA 91202-2534
15          +US ATTY S OFFICE TAX DIV,    ROOM 2315 FEDERAL BUILDING,    300 N LOS ANGELES STREET,
              LOS ANGELES, CA 90012-3308
16          +US DEPT OF JUSTICE TAX DIV,    CIVIL TRAIL SECT WESTERN REG,    PO BOX 683 BEN FRANKLIN STAT,
              WASHINGTON, DC 20044-0683
18           LOS ANGEELS CITY CLERK,    CITY HALL ROOM 101,    LOS ANGELES, CA 90012-4801
19           EMPLOYMENT DEVELOPMENT DEPARTMENT,    PO BOX 826880-BK GROUP,MIC92E,    SACRAMENTO, CA 94208-0001
21           AMERICAN EXPRESS CENTTURION BK,    OPTIMA CARD,    PO BOX 3001,    MALVERN, PA 19355-0701
23          +BOOTH MITCHEL STRANGE LLP,    3435 WILSHERE BLVD. 30TH FL.,    LOS ANGELES, CA 90010-1901

The following entities were served by electronic transmission on Dec 29, 2004 and receipt of the transmission
was confirmed on:
1           +EDI: AMEREXPR.COM Dec 29 2004 19:24:00    AMERICAN EXPRESS,    BOX 0001,
              LOS ANGELES, CA 90096-0001
4           +EDI: CALTAX.COM Dec 29 2004 19:24:00    FRANCHISE TAX BOARD,    HEADQUARTERS COMPLIANCE,
              SACRAMENTO, CA 95867-0001
5           +EDI: IRS.COM Dec 29 2004 19:24:00    INTERNAL REVENUE SERVICE,    SPCEICAL PROCEDURES/BANKRUPTCY,
              PO BOX 1431 ROOM 4062,    LOS ANGELES, CA 90053-1431
6           +EDI: IRS.COM Dec 29 2004 19:24:00    INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES/BANKRUPTCY,
              PO BOX 99,    SAN JOSE, CA 95103-0099
8           +EDI: IRS.COM Dec 29 2004 19:24:00    INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES/BANKRUTPCY,
              PO BOX 99,    SAN JOSE, CA 95103-0099
9           +EDI: IRS.COM Dec 29 2004 19:24:00    INTERNAL REVENUE SERVICE,    SPECIAL PROCEDURES/BANKRUTPCY,
              PO BOX 1431 ROOM 4062,    LOS ANGELES, CA 90053-1431
17           EDI: CALTAX.COM Dec 29 2004 19:24:00    FRANCHISE TAX BOARD,    SPECIAL PROCEDURES,    POB 2952,
              SACRAMENTO, CA 95812-2952
20          +EDI: IRS.COM Dec 29 2004 19:24:00    DEPARTMENT OF THE TREASURY-IRS,
              300 N LOS ANGELES ST M/S 5022,    LOS ANGELES, CA 90012-3308
22           EDI: BECKLEE.COM Dec 29 2004 19:24:00    AMERICAN EXPRESS TRAVEL RELATED,    C/O BECKET & LEE LLP,
              PO BOX 3001,    MALVERN, PA 19355-0701
24           EDI: BECKLEE.COM Dec 29 2004 19:24:00    AMERICAN EXPRESS TRAVEL RELATED SER,    PO BOX 3001 DEPT.,
              MALVERN, PA 19355-0701
25           EDI: BECKLEE.COM Dec 29 2004 19:24:00    AMERICAN EXPRESS CENTURION BANK OPT,    PO BOX 3001 DEPT. V,
              MALVERN, PA 19355-0701
26          +EDI: CAPITALONE.COM Dec 29 2004 19:24:00    CAPITAL ONE FINANCIAL,    P O BOX 85167,
              RICHMOND, VA 23285-5167
28           EDI: RESURGENT.COM Dec 29 2004 19:24:00    SHERMAN ACQUISITION LP,    C/O RESURGENT CAPITAL SERVICES,
              P.O. BOX 10587,    GREENVILLE, SC 29603-0587
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-2          User: KHI              Page 2 of 2              Date Rcvd: Dec 29, 2004
Case: 99-31101-VZ             Form ID: VAN-35        Total Served: 31

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 31, 2004**                          **Signature:**       *Joseph Speetjens*