# UNITED STATES BANKRUPTCY COURT
## Central District of California

| Debtor(s) Name:<br><br>RUMMLER, WILLIAM FIRMAGE<br>RUMMLER, ROXANNE LOUISE | For Court Use Only | **FILED**<br><br>**JAN 11 2005**<br><br>**CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY   LQ3   DEPUTY CLERK** |
|---|---|---|
| **Chapter:** 13<br>**Case Number:** LA99-31101-VZ | **ORDER CLOSING CASE** | |

The debtor(s)' plan in the above referenced case has been fully implemented. Debtor has been discharged in accordance with the order of discharge dated 12/28/2004, and this case is therefore closed.

*By Order of the United States Bankruptcy Court*

*Date:* 01/11/2005        **Jon D. Ceretto**
                          *Clerk of Court*

*45 /LQ3*